**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Monica Anders,

Plaintiff,

vs.

Metropolitan Health Plan, Hennepin County, David Johnson, individually and in his official capacity as officer of Metropolitan Health Plan, Nancy Perron, individually and in her official capacity as employee of Metropolitan Health Plan, and Bonnie Hays, individually and in her official capacity as employee of Metropolitan Health Plan,

Defendants.

**CIVIL NO. 01-1867 DSD/SRN**

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their respective counsel of record, stipulate and agree that:

1. Plaintiff's action is hereby dismissed with prejudice.

2. There shall be no award of attorney's fees, expenses or costs to any party; and

3. The Court may enter an Order for Dismissal incorporating these terms.

AMY KLOBUCHAR
Hennepin County Attorney

By: Martin D. Munic
MARTIN D. MUNIC (16043x)
Assistant County Attorney
Attorneys for Defendants
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-5334
Fax No: (612) 348-8299

Dated: Nov. 26, 2002

By: Michael C. Hager
Michael C. Hager (#172662)
Attorney at Law
Attorney for Plaintiff
529 South Seventh Street, #420
Minneapolis, MN 55415
Telephone: (612) 220-3715

Dated: November 26, 2002

FILED 12-6-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-6-02
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Monica Anders,

Plaintiff,

vs.

Metropolitan Health Plan, Hennepin County, David Johnson, individually and in his official capacity as officer of Metropolitan Health Plan, Nancy Perron, individually and in her official capacity as employee of Metropolitan Health Plan, and Bonnie Hays, individually and in her official capacity as employee of Metropolitan Health Plan,

Defendants.

**CIVIL NO. 01-1867 DSD/SRN**

**ORDER FOR DISMISSAL**

---

Upon the stipulation of the parties, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Minn. Stat. § 466.08, the parties' settlement is hereby approved.

2. Plaintiff's action is dismissed with prejudice.

3. There shall be no award of attorney's fees, expenses or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

David S. Doty, Judge
United States District Court

Dated: 12/6/02